# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4725
_____

AUSTIN DANIEL ELLISON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Mark E. Feagle, Judge.

February 25, 2019

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Conrad C. Bishop, Jr., of The Bishop Law Firm, P.A., Perry, for Appellant.

Ashley B. Moody, Attorney General, Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.